| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Veronica Brown<br>3088 Baze Road Unit 326<br>San Mateo CA 94403<br>ATTORNEY FOR    Self Represented | TELEPHONE NUMBER<br>(773) 550-6596<br><br>Ref. No. or File No.<br>SysGen | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Brown, Veronica S. v. San Mateo Health Systems | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>1737541-06 | | CASE NUMBER:<br>CV 17 3704 |

United States District Court

Declaration of Service

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. I served the:

Complaint; Summons; CMS - Case Management Statement; Proof of Service;

On: Ana Martinez

At: 400 County Center
     Redwood City, CA 94063

In the above named action by delivering to and leaving with

Fresia Limin

Whose title is: Office Specialist

On: 9/15/2017            At: 01:56 PM

Fees Paid: 0.00

Person who served papers   a. Name:Ana Nava   b. Address: 500 Allerton Street Suite 105, Redwood City, CA 94063   c. Telephone number: (650) 364-9612   d. The fee for this service was: 15.00   e. I am:   (3) [X] CA process server:         (i) [X] Employee         (ii) Registration No.:         (iii) County: San Mateo

CONTINUED ON NEXT PAGE

Declaration of Service

Billing Code: SysGen

| PLAINTIFF/PETITIONER: | Veronica S. Brown | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | San Mateo Health Systems | CV 17 3704 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

9/18/2017

Ana Nava

>

**Declaration of Service**

**Billing Code:** SysGen